417 A.2d 778

Commonwealth v. F. Williams, Appellant.

Submitted March 21, 1979. Dennis J. Cogan, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed on the opinion of GUARINO, J., of the court below.